UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD BEHFARIN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:17-cv-05290-MWF-FFM |

## DECLARATION OF MICHAEL R. O'CONNOR, ESQ.

### RE RANSOMEWARE ATTACK

I, Michael R. O'Connor, declare as follows:

1. I am a Vice President at Epiq Class Actions & Claims Solutions, Inc. ("Epiq") and a licensed attorney in Oregon. Prior to joining Epiq in 2010, I was an owner at the Garvey Schubert Barer law firm in Portland, Oregon, and was engaged in private practice for 13 years. I received my Juris Doctorate from the University of Oregon Law School in 1997 and my Bachelor of Arts degree from Yale University in 1994.

2. The facts in this declaration are based on my personal knowledge, as well as information provided to me in the ordinary course of my business by my colleagues from Epiq responsible for this administration. It is accurate and truthful to the best of my knowledge.

3. On behalf of Epiq, the claims administrator for *Behfarin v. Pruco Life Insurance Company, et al*, No. 2:17-cv-05290-MWF-FFM (C.D. California) (the "Settlement"), I submit this

declaration to update the Court regarding the recent ransomware attack against Epiq.

4. Early on Saturday, February 29, 2020, Epiq identified unauthorized activity on its servers, which we now know was a ransomware attack. As part of Epiq's comprehensive response plan, we immediately took our systems offline globally. The action of taking those systems offline temporarily impacted the availability of the case-specific database and the option to speak to live agents through the toll-free telephone information line. As part of our effort to remediate this situation, the Settlement Website, www.lapsedpolicysettlement.com, was taken down by Epiq on March 4, 2020, including online claim submission functionality.

5. Epiq notified both Class Counsel and Counsel for Defendants of this issue on March 3, 2020.

6. Epiq is working to resolve this issue as quickly as possible. As of March 5, 2020, Epiq is unable to state with certainty when this issue will be addressed sufficiently to permit the Settlement Website and online claims filing portal to be available to Settlement Class Members.

7. The toll-free number has remained active, and there has not been any interruption in Settlement Class Members' ability to call and listen to recorded information about the case.

8. At this time, there is no evidence of any unauthorized access, transfer or misuse or extraction of any data in our possession, including data related to this case.

I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct and that this declaration was executed on March 5, 2020 in Washington, DC.

Michael R. O'Connor

DECLARATION OF MICHAEL R. O'CONNOR, ESQ. RE RANSOMWARE ATTACK
2

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, a true and correct copy of: **DECLARATION MICHAEL R. O'CONNOR, ESQ. RE RANSOMEWARE ATTACK** was filed electronically and will be served via Notice of Electronic Filing under the Court's CM/ECF system this 5th day of March 2020, to all parties with an email address on record, who have consented to electronic service in this action.

                                               */s/ Steven C. Shuman*
                                               STEVEN C. SHUMAN